UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO: 8:20-cr-207-CEH-MRM

PHILLIP ROY WASSERMAN
_____/

**ORDER**

This matter comes before the Court upon Defendant's Second Amended Motion for Expert Financial Services (Doc. 617), filed on December 13, 2022. At the hearing on December 28, 2022, Defendant advised the Court that to effectively defend himself, it is critical that he employ an independent accounting firm to review FastLife's financial records and the records of various financial institutions and determine where the investor money was spent and present such findings to the jury. Defendant wishes to retain WISS & Company, LLP to provide expert financial services. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Second Amended Motion for Expert Financial Services.

Accordingly, it is hereby

**ORDERED**:

1.  Defendant's Second Amended Motion for Expert Financial Services (Doc. 617) is GRANTED.

2. Defendant has established that the services of WISS are necessary for his defense at the trial in this matter and Defendant is financially unable to obtain these services.

3. The Court authorizes the expenditure of $25,000 for Defendant to retain WISS financial services.

4. Defendant is directed to utilize the services of this expert in the most cost-effective manner and in compliance with 18 U.S.C. § 3006A(e).

**DONE AND ORDERED** in Tampa, Florida on December 28, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any