UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

PHILLIP ROY WASSERMAN
    Defendant

V.                                                                CASE NO. 8:20-CR-207-T-CEH-SPF

UNITED STATES OF AMERICA

## EMERGENCY MOTION FOR IMMEDIATE BOND AND HEARING

Defendant moves this Court for immediate bond and a hearing on this motion and states as follows:

1) He is not a flight risk.

2) He is not a danger to the community.

3) The Honorable Judge Honeywell has previously ruled defendant is neither a flight risk or danger to the community.

4) Defendant was allowed to self report to FCC Coleman Low on 2-23-24 by 2:00pm and reported at 9:30am, 4½ hours early.

5) All grounds in the Rule 33 motion are newly discovered evidence and were not before the trial court and are not before the 11th Circuit on Direct Appeal.

6) Defendant has raised grounds in the Rule 33 motion that have a level of success.

7) Defendant's grounds have made a substantial showing of the denial of several constitutional rights.

8) Bond is applicable because Defendant has made a showing and demonstrated a likelihood of success on the merits of a substantial constitutional claim and extraordinary and exceptional circumstances of a 68 year old male with no prison criminal records, being wrongfully incarcerated Gomez v.United States, 899 F.2d 1124, 1125 (11th Cir. 1990)

## CERTIFICATE OF SERVICE

I certify that a copy of this motion was mailed first class mail on September ___G___, 2025 to:

United States Attorney Office
400 N. Tampa St. Suite 3200
Tampa, Florida 33602

9-9-25
_____
Date

Respectfully Submitted,.