UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.                                          CASE No. 8:20-cr-207-CEH-NHA

PHILLIP ROY WASSERMAN

## MOTION FOR VACATE OF DEFENDANT'S CONVICTION AND SENTENCE DUE TO VIOLATION OF THE DUE PROCESS PROTECTIONS ACT AND MOTION FOR CONTEMPT

Defendant moves this Court to vacate his conviction and sentence for intentional and malicious violation of the Due Process Protections Act and cites the order of such:

Pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed. 2d 215 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including dismissal of charges, contempt procedings, disciplinary action, or sanctions by the Court. July 21, 2022, (2023 U.S. Dist. LEXIS 2) Order at 7.

This Order also applies to exculpatory material as defined in Kyles v. Whitley, 514 US 419, 434, 115 S.Ct. 1555, 131 L.Ed. 490 (1995). Exculpatory information is not limited to information that would constitute admissable evidence.

Former OFR Agent Howland admitted to the violation in his testimony cited in defendant's Rule 33 motion pending before this Court. In addition defendant points to the government's duplicitous actions in intentionally not disclosing co-defendant Rossman's history of severe mental illness, psychiatric care and use of anti-psychotic medication (an issue currently on appeal and admitted by government).

In addition defendant moves for the government, along with former AUSA Bedke, AUSA Jones, former OFR Agent Howland and former IRS Agent Batsch be held in contempt of Court for intentional violation of the Due Process Protections Act.

Respectfully Submitted,

10-6-25

*Phillip Warren*

## CERTIFICATE OF SERVICE

I certify that a copy of the motion was mailed via first class mail on this date to the U.S. Attorneys Office, 400 North Tampa Street, Suite 3200, Tampa FL 33602; Attorney General Bondi, Washington, D.C.; and FBI Director Patel, Washington, D.C.

Date: _10 - 6 · 25_

_____
Phillip Roy Wasserman