United States of America

v

Phillip Roy Wasserman

Case number 8:20-cr-207-CEH_NHA

Notice Of Appeal

Defendant hereby appeals the District Court's order of April 3, 2026 denying his Rule 33 motion(Doc. 1175) and all motions denied that are contained in said order, believed to be Document 1212.

Respectfully Submitted,

Phillip Roy Wasserman

#73653-018

FCC-Coleman Camp

P.O. BOX 1027

Coleman, Fla. 33521

Certificate of Service

I hereby certify that I placed a copy of this notice in the United States mail , April 6,2026 to the United States Attorney's Office

400 N. Tampa

Suite 3200

Tampa,Florida

33602

Date

4/6/26

Phillip Roy Wasserman

Phillip Roy Wasserman
#73653-018
FCC-Coleman Camp
PO BOX 1027
Coleman, FL
            33521

CLERK OF the COURT
US DIST Ct
801 N. Tampa
Tampa, FL
            33602

Screened by USMS

TAMPA FL 335
SAINT PETERSBURG FL
7 APR 2026   PM 3  L

FREEDOM
FOREVER/USA

33602-443401

