IN THE MIDDLE
DISTRICT OF FLORIDA
Tampa Division


UNITED STATES OF AMERICA
      Vs.
Philip Roy Wasserman

Case No.
8:20-CR-207-CEH-NHA


Motion for permission to supplement defendant's second Rule 33
Motion based on Cumulative Brady

Defendant asks this court for leave to supplement his second Rule
33 Motion with excerpts of Sworn Testimony of former Florida off-
ice Of Financial Regulation agent Stephen Howland attesting to
and ·proving the suppressed undisclosed FBI involvement in defen-
dants case.

Respectfully submitted


Certificate of Service

I certify a copy of this motion was placed in the US mail on Apri
20, 2026 to the United States Attorney, 400 N. Tampa, Suite 3200
Tampa Fl, 33602


Date: 4/20/26

Philip Roy Wasserman

Phillip Roy Wasserman
#73653-018
FCC - Coleman Camp
PO BOX 1027
Coleman, FL
                33521

Screened by
USMS

CLERK
US DIST COURT
801 N. FLORIDA
Tampa, FL
                33602

TAMPA FL 335
SAINT PETERSBURG FL
21 APR 2026  PM 4  L

FREEDOM
FOREVER/USA

33602-384802

