Phillip Roy Wasserman
#73653-018
FCC - Coleman Camp
PO Box 1027
Coleman, FL
          33521

CLERK
US DIST COURT
801 N. FLORIDA
Tampa, FL
          33602

Screened by USMS

TAMPA FL 335
SAINT PETERSBURG FL
21 APR 2026  PM 4  L

FREEDOM
FOREVER/USA

33602-384802

