UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:20-cr-207-CEH-NHA

PHILLIP ROY WASSERMAN

## MOTION TO WITHDRAW

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests the Clerk of Court to

withdraw the name of Assistant United States Attorney Jillian M. Jewell in the

above-styled cause. The government is represented in this matter by Assistant United

States Attorney Jay Trezevant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     /s/ Jillian M. Jewell
        JILLIAN M. JEWELL
        Assistant United States Attorney
        Deputy Chief, Post-Conviction Unit
        Florida Bar No. 112974
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: jillian.jewell@usdoj.gov

**United States v. Wasserman**                    **Case No. 8:20-cr-207-CEH-NHA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Phillip Roy Wasserman
Reg. No. 73653-018
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 33521

/s/ Jillian M. Jewell
JILLIAN M. JEWELL
Assistant United States Attorney
Appellate Division