UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-207-CEH-NHA

PHILLIP ROY WASSERMAN

**UNITED STATES' MOTION TO RESPOND OVER A 60-DAY PERIOD TO WASSERMAN'S COLLECTION OF MOTIONS AND FILINGS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully requests that the United States be permitted a 60-day period, beginning August 24, 2026 and continuing through October 23, 2026, to respond to a collection of motions and other filings by defendant Wasserman. In support, the United States submits:

1. Defendant Wasserman was charged by Superseding Indictment: in Count One, with conspiracy to commit mail fraud and wire fraud, in violation of 18 U.S.C. § 1349; in Counts Two through Six, with wire fraud, in violation of 18 U.S.C § 1343; in Counts Seven, Eight, and Ten, with mail fraud, in violation of 18 U.S.C. § 1341; in Count Eleven, with evasion of payment of income taxes, in violation of 26 U.S.C. § 7201; in Counts Twelve through Fourteen, with fraud and false statements, in violation of 26 U.S.C. § 7206(1); and in Counts Fifteen through Eighteen, with fraud and false statements, in violation of 26 U.S.C. § 7206(1). The Superseding Indictment also contained related forfeiture allegations. Doc. 69.

2. On May 15, 2023, the jury returned guilty verdicts against Wasserman on Counts One through Eight and Ten. Doc. 806. In October 2023, following trial, Wasserman pleaded guilty to Count Eleven of the Superseding Indictment. Doc. 1008. Counts Twelve through Eighteen of the Superseding Indictment were dismissed upon motion of the United States at Wasserman's sentencing hearing in January 2024. Docs. 1086 and 1166. Wasserman was sentenced to a term of 180 months' imprisonment, followed by three years of supervised release, and ordered to pay restitution of $6,896,586.47 ($5,993,523.25 to FastLife investors and $903,063.22 to the U.S. Department of the Treasury, IRS). *Id*.

3. Wasserman filed a *Notice of Appeal* on February 2, 2024, regarding the denial by this Court of his motion for new trial and amended motion for new trial (Docs. 892 and 967), the judgment and sentence (Doc. 1098), and the denial of all other orders in this case. Doc. 1100. In April 2026, Wasserman filed another *Notice of Appeal*, Doc. 1215, of this Court's April 3, 2026 Order, Doc. 1212, denying Wasserman's *Rule 33 Motion for a New Trial Based on Newly Discovered Evidence* (Doc. 1175), and other related motions (Docs. 1173, 1174, 1182, 1184, 1185 (denied in part and dismissed in part), 1192 (dismissed), and 1197).

4. Wasserman has since filed a collection of other motions and related filings (hereinafter, "Collection of Motions and Filings") that require a response from the United States:[1]

[1] Wasserman has also filed a *Renewed Motion for Bond*, and a *Motion to Obtain Former IRS Agent Batch's Records*. Docs. 1203 and 1205. The United States has responded to those motions, Doc. 1206,

a. *Motion to Reveal Confidential Informant* (Doc. 1202);

b. *Motion to Reveal Confidential Informant* (Doc. 1210);

c. *Defendant's Second Rule 33 Motion for a New Trial Based on Newly Discovered Brady Violations* (Doc. 1211);

d. *Motion to Supplement Defendant's [] Rule 33 Motions for New Trial Based on Newly Discovered Evidence Based on Sentencing Disparity* (Doc. 1214);

e. *Motion to Allow Supplement of Sentencing Disparity to Defendant's Second Rule 33 Motion and for Evidentiary Hearing* (Doc. 1217);

f. *Motion for Liberal Construction/Pro Se* (Doc. 1218);

g. *Motion for Permission to Supplement Defendant's Second Rule 33 Motion Based on Cumulative Brady* (Doc. 1219);

h. *Motion to Require Government to Turn Ove All Information Regarding the FBI Investigation into Defendant and FastLife and Motion for an Evidentiary Hearing* (Doc. 1221);

i. *Motion to be Allowed to Supplement Defendant's Second Rule 33 Motion Based on Newly Discovered Suppressed Exculpatory Brady Material and False and Misleading NapueTestimony of Former OFR Agent Howland and Former IRS Agent Batsch* (Doc. 1223); and

j. *Motion for Information About Stephen Howland's Departure from the United States Attorney's Office* (Doc. 1224).

5. The undersigned has been tasked with responding to the above-listed Collection of Motions and Filings.

6. Wasserman's Collection of Motions and Filings raise complex intertwined factual assertions and legal arguments in support, a number of which appear to have been raised previously in various contexts. Having reviewed the

---

and they remain pending as of the date of this filing.

motions and filings and considering the issues raised, the United States believes in good faith that it will require 60 days to review the relevant underlying case materials and the motions and filings, and to then draft and file appropriate responses thereto.

7. The defendant is in custody; therefore, the undersigned was unable to seek the defendant's position on the filing of this motion.

WHEREFORE, the United States respectfully requests that it be permitted a 60-day period, beginning August 24, 2026 and continuing through October 23, 2026, to respond to a collection of motions and other filings by defendant Wasserman.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

**U.S. v. PHILLIP ROY WASSERMAN Case No. 8:20-cr-207-CEH-NHA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Phillip Roy Wasserman
BOP Reg. No. 73653-018
FCI Coleman – Low
P.O. Box 1031
Coleman, FL 33521

By: *s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney