UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-207-CEH-NHA

PHILLIP ROY WASSERMAN

**UNITED STATES' MOTION TO ADD TO THE ESTABLISHED BRIEFING SCHEDULE THE UNITED STATES' RESPONSE TO WASSERMAN'S OBJECTIONS REGARDING THE MAGISTRATE JUDGE'S ORDER DENYING DISCOVERY**

The United States of America respectfully requests that the United States be permitted to include its response to Wasserman's Objections[1] to the Magistrate Judge's Order, Doc. 1230, denying Wasserman's motion for discovery in support of his third motion for a new trial, Docs. 1227 and 1233, within the set of United States' response(s) to Wasserman's other motions and filings, presently due on or before October 23, 2026. Docs. 1231, 1232. In support, the United States submits:

1. This Court recently granted the *United States Motion to Respond Over a 60-Day Period to Wasserman's Collection of Motions and Filings*, allowing the United States until October 23, 2026, to file its responses to Wasserman's collection of filings, namely Docs. 1202, 1210, 1211, 1214, 1217, 1218, 1219, 1221, 1223, and 1224. *See* Doc. 1232.

[1] The filing is titled *Defendant's Timely Objections Under Fed. R. Crim. P. 59(a) to the Magistrate Judge's Order Denying Discovery (Doc.1230) and Motion to Set Aside or Modify the Order*. Doc. 1233. For brevity, that filing is referred to herein as "Wasserman's Objections."

2. Wasserman's underlying *Motion to Allow Discovery in Support of Defendant's Pending Second [his third] Rule 33 Motion* requested permission to take discovery in support of his third motion for a new trial ("Motion for Discovery"). Doc. 1227. That motion was denied by the Magistrate Judge on August 18, 2026. Doc. 1230.

3. Wasserman has now filed objections—Wasserman's Objections—to the Magistrate Judge's Order denying his Motion for Discovery. Docs. 1227, 1230, and 1233.

4. The United States, however, is presently scheduled to respond to Wasserman's pertinent third motion for a new trial on or before October 23, 2026. There is material overlap between the United States' anticipated response to that motion for new trial and Wasserman's Objections.

5. The United States therefore believes it will avoid significant confusion and allow for a more comprehensive response to Wasserman's collection of filings if the United States is permitted to include its response to Wasserman's Objections within the set of the United States' responses to Wasserman's other filings.

6. The defendant is in custody; therefore, the undersigned was unable to seek the defendant's position on the filing of this motion.

WHEREFORE, the United States respectfully requests that it be permitted to include its response to Wasserman's Objections to the Magistrate Judge's Order, denying Wasserman's motion for discovery in support of his third motion for a new

trial, within the set of United States' response(s) to Wasserman's other motions and filings, presently due on October 23, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

**U.S. v. PHILLIP ROY WASSERMAN** **Case No. 8:20-cr-207-CEH-NHA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Phillip Roy Wasserman
BOP Reg. No. 73653-018
FCI Coleman – Low
P.O. Box 1031
Coleman, FL 33521

By: *_/s/Jay G. Trezevant_*
Jay G. Trezevant
Assistant United States Attorney