United States District Court
Middle District of Florida
Case Number 8:20-CR-207-CEH

OCT 5 2026 PM2:25
FILED - USDC - FLMD - TPA

United States of America

v.

Phillip Roy Wasserman

Motion to Be Allowed to File A Reply to United States Response at Doc.1241

Defendant Phillip Roy Wasserman, proceeding pro se, respectfully moves pursuant to Middle District of Florida (e) for leave to file a reply, not exceeding seven pages, to the United States response at Doc. 1241.
Leave is warranted because the Government's response raises and develops factual and legal matters that req reply to permit meaningful review of Defendant's Rule 59(a) objections.

First, the Government now incorrectly asserts that "there is no evidence that the FBI ever opened an investigati Wasserman's charged conduct." Doc 1241 at 8 n.3. This is directly contradicted by Howland's sworn testimony supplied by the United States that he was part of a Joint Task Force, wanted the FBI to take over the case and participate in the investigation including interviewing witnesses. In violation of the Due Process Protections Act Order entered in this case by the Chief Judge requiring disclosure of Brady material, this information was never defense. Based on Howland's testimony there is no dispute that the FBI investigated the allegations and generi possessed information concerning them.
Second the Government wrongly relies upon Federal Rule of Criminal Procedure 16(a)(2) as grounds for withh investigative reports, memorandum, notes and related materials. Doc. 1241 at 9 10. Rule 16 and Brady are no inquiry. Rule 16(a)(2) restricts ordinary discovery, but it does not dispose of the separate constitutional questior favorable evidence held by the prosecution team needed to be disclosed.
Defendant seeks leave to address the distinct constitutional disclosure requirements imposed by Brady and its including authority governing information by members of a joint or cooperating prosecution team.
Third, a limited reply will permit Defendant to address the significance of the Government's Brady obligations u Rule of Criminal Procedure 5 (f) and any disclosure order entered pursuant to the Due Process Protections Act repeating the arguments already presented in Defendant's objections.
Fourth, Defendant seeks leave to address the false and misleading uncorrected testimony of Batch and Howla by the Government regarding the origins of the case. The United States v. Jaramillo, 42 F. 3d 920,924-25(5th C the five part test to prevail on a new trial motion, but there is an exception to that test;if the government's case ' testimony and the prosecution knew or should have known of the falsehood" United States v. Antone,603 F.2d 1979)."in that event a new trial must be held if there was any reasonable likelihood that the false testimony wo the judgement of the jury." Id. Antone created binding Eleventh Circuit precedent where the court refused to cre state/federal boundary where investigators had pooled their efforts. It required a case-by-case analysis of the e interaction and cooperation and treated state investigators as part of the federal prosecution team where the ir sufficiently joint. The Eleventh Circuit has continued to recognize that principle.
Fifth, per Howland's testimony the FBI interviewed at least one witness, and that activity generated or necessa identifiable categories of records.
Sixth, Kyles requires non disclosed evidence be reviewed in context of the entire trial record. The government violation of the Court order goes well beyond just this issue. Taken in context with the entire record it extends t disclosure of Rossman's mental illness and use of anti-psychotic medication while testifying.

This caser is rife with government misconduct. And the government continues to wrongly continue to attempt tc misdeeds despite the persecution's oath to the United States Constitution. the requested reply will be confined in the government's response and will not exceed seven pages.
WHEREFORE,Defendant respectfully requests to file a reply not exceeding seven pages to the United States' 1241.

Respectfully Submitted,

Phillip Roy Wasserman

Certificate of Service

I hereby certify I mailed a copy of this request to the United States Attorney at 400 N. Tampa, Suite 3200, Tam
on September 29, 2026.

Phillip Roy Wasserman September 29, 2026r

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

FROM:

Phillip ROY WASSERMAN
#73653-018
FCC-Coleman Camp
PO BOX 1027
Coleman, FL
33521

TO:

CLERK
US DIST COURT
801 N. FLORIDA
Tampa, FL
33602

- Expec... day delivery... for ...
- Dome... ...nts i... of ...
- USPS ...ervic... for ... and ... ...tions.
- Limite... ...al insurance.**
- When used internationally, a custom... ...on form ... ...d.

*Insurance does not cover c... items. For det... claims ... the Domestic Mail Manual at http... ...com.
** See Int... Mail Manual at ...e.usps... ...ability of c...

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

UNITED STATES OF AMERICA FOREVER/USA

COLEMAN, FL 33521-9998 OCT 1 2026 UNITED STATES POSTAL SERVICE

Retail

UNITED STATES POSTAL SERVICE

33602

RDC 03 0 Lb 1.80 Oz

U.S. POSTAGE PAID
PM
COLEMAN, FL 33521
OCT 01, 2026

$0.00

S2324H505202-01

EXPECTED DELIVERY DAY: 10/05/26

USPS TRACKING® #

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

VISIT US AT USPS.COM®