IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NUMBER 8:20-CR-0002-CEH-NHA

OCT 13 2026 PM2:36
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

PHILLIP ROY WASSERMAN

MOTION FOR PERMISSION TO SUPPLEMENT AND OR AMEND DEFENDANT'S PENDING RULE 33 MOTION

Defendant moves for permission to supplement and /or amend his pending Rule 33 motion per local rules.
Defendant's pending Rule 33 motion deals with the withheld evidence suppression of the FBI and Joint Task Force involvement in the case and the Napue violations of Batsch and Howland regarding the origins of the case. It brings up the issue of Brady and its progeny's.
Defendant moves to add to the current motion the government's violation of Federal Rule of Criminal Procedure 16, a separate and distinct issue from that of Brady. According to sworn testimony from former OFR agent Howland already supplied to this Court,Defendant "did not need to know about this." Howland also testified that the FBI agents or agents went on witness interviews. None of this was ever disclosed to the defendant and per Howland's testimony was in possession of the prosecution team.
Controlling precedent in this issue is United States v. Mosquera, 886 F. 3d 1032,1045(11th Cir. 2018).
To the extent specifically identified materials as identified here by defendant were discoverable under Rule 16, their nondisclosure provides an additional ground relevant to prejudice.This newly discovered evidence revealing additional facts concerning FBI and Joint Task Force involvement and government knowledge materially strengthens defendants pending Rule 33 motion.These discovery failures are relevant to prejudice and to the circumstances surrounding the suppression.
Whereby Defendant requests the opportunity to supplement and or amend his pending Rule 33 motion along with a memorandum of law.

Respectfully Submitted
Phillip Roy Wasserman

Certificate of Service
I certify I mailed a copy of this request to the United States Attorney at 400 N. Tampa , Suite 3200, Tampa, Florida, 33602 on October 8, 2026.

Phillip Roy Wasserman

Phillip Roy Waterman
#73653-018
FCC-Coleman Camp
PO BOX 1027
Coleman, FL
33521

TAMPA FL 335
SAINT PETERSBURG FL
10 OCT 2026 PM 4 L

USA FOREVER

CLERK
DISTRICT COURT
801 N. FLORIDA
TAMPA, FL
33602

Screened by
USMS

33602-384802