# Attachment A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-207-CEH-NHA

PHILLIP ROY WASSERMAN

**PROPOSED NOTICE AND *CASTRO* WARNING**

Because Defendant Wasserman is collaterally attacking his conviction and/or sentence, he must seek relief under 28 U.S.C. § 2255. Pursuant to *Castro v. United States*, 540 U.S. 375 (2003), Defendant is NOTIFIED that his *Motion to Supplement Defendant's Both Rule 33 Motions for New Trial Based on Newly Discovered Evidence Regarding Sentencing Disparity*, Doc. 1214, and his *Motion to Allow Supplement of Sentencing Disparity to Defendant's Second Rule 33 Motion and for Evidentiary Hearing*, Doc. 1217 will be recharacterized as a motion to vacate under 28 U.S.C. § 2255. Therefore, a subsequent § 2255 motion will be subject to restrictions on second or successive motions. Defendant may elect to: (1) withdraw his motions; (2) file an amended motion(s), including all § 2255 claims he believes he has; or (3) have the motion construed as a § 2255 motion as filed.

Accordingly: (1) On or before ______________________, Defendant shall file a response to this Order notifying the Court whether he: (1) withdraws his motion(s), (2) intends to amend the motion(s), or (3) desires that the motion(s) be considered a § 2255 motion as filed. If Defendant fails to respond or otherwise refuses to indicate

his desired option on or before the above date, said motion(s) will be considered a § 2255 motion and taken under advisement, and the United States shall have 45 days to respond thereto.

If Defendant intends to file an amended § 2255 motion, he is directed to file such amended motion on or before ___________________________. The United States shall have 45 days after the filing of such amended § 2255 motion to file the United States' response thereto.