IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NUMBER 8:20-CR-207-CEH

UNITED STATES OF AMERICA

v.

PHILLIP ROY WASSERMAN

NOTICE OF WITHDRAWAL OF A PORTION OF THE RULE 33 MOTION REQUEST FOR RELIEF AND MOTION FOR PERMISSION TO REPLY UNDER THE LOCAL RULES

Defendant notices this Court that he withdraws any portion of his Rule 33 motion and subsequent filings regarding any independent requests for resentencing while preserving the evidence supporting his Rule 33 claims. He requests a Rule 33 ruling without conversion.

Defendant requests leave to reply per local rules and states that his reply will be narrowly focused and well under seven(7) pages in length. The reply will object to the Governments incorrect recharacterization request, clarify Defendant's intentions of relief requested and correct misrepresentations made by the Government in its consolidated responses. The reply will address the Government ignoring the evidence of FBI involvement and interviewing witnesses,and the Governments violation of not only Brady but Federal Rule of Criminal Procedure 16.

Respectfully Submitted

Phillip Roy Wasserman

NOV 2 2026 PM2:25
FILED - USDC - FLMD - TPA

CERTIFICATE OF SERVICE

I hereby certify I mailed a copy of this request to the United States Attorney at 400 N. Tampa. Suite 3200, Tampa, Fla. om October 26. 2026.

Phillip Roy Wasserman 10-26-26

Phillip Roy Waterman
#73653-018
FCC-COLEMAN CAMP
PO BOX 1027
COLEMAN, FL
33521

TAMPA FL 335
SAINT PETERSBURG FL
30 OCT 2026 PM 4 L

CLERK OF THE COURT
801 N. FLORIDA
TAMPA, FL
33602

Screened by
USMS

33602-384802